# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134317 & (36)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DARSALYN SALMON,
   Plaintiff-Appellant,

v

RANDALL SMITH,
   Defendant-Appellee.

_____/

SC: 134317
COA: 276573
Kent CC: 99-009368-DM

   On order of the Court, the application for leave to appeal the April 25, 2007 order of the Court of Appeals is considered, and it is DENIED as moot, in light of the Court of Appeals August 17, 2007 order granting the plaintiff's delayed application for leave to appeal in case No. 277752. The motion for sanctions is DENIED.



s0917

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk